UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV 23-02133-HDV | Date | January 25, 2024 |
| Title | D. Roe v. Doe Corporation 1 et al | | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Lynnie Fahey | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Paul A. Matiasic | Daniel Ip |

**Proceedings:** PLAINTIFF'S MOTION FOR ORDER REMANDING ACTION TO RIVERSIDE SUPERIOR COURT [11][12][13][14]

DEFENDANT'S MOTION TO DISMISS [7]

Case is called and appearances made. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court takes the matter under submission. An order will issue.

**IT IS SO ORDERED.**